NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACIFIC SCIENTIFIC ENERGETIC MATERIALS COMPANY (Arizona), LLC** AND **PACIFIC SCIENTIFIC ENERGETIC MATERIALS COMPANY (California), LLC,**
*Plaintiffs-Appellees,*

**v.**

**ENSIGN-BICKFORD AEROSPACE & DEFENSE COMPANY,**
*Defendant-Appellant.*

---

2013-1424

---

Appeal from the United States District Court for the District of Arizona in No. 10-CV-2252, Judge Joseph R. Goodwin.

---

## JUDGMENT

---

MICHAEL A. OBLON, Perkins Coie, LLP, of Washington, DC, argued for plaintiffs-appellees.  With him on the brief was DAN L. BAGATELL, of Phoenix, Arizona.

SID LEACH, Snell & Wilmer L.L.P. of Phoenix, Arizona, argued for defendant-appellant.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2014 /s/ Daniel E. O'Toole
Date Daniel E. O'Toole
Clerk of Court